IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01459-BNB

TERRANCE D. WILSON,

    Plaintiff,

v.

LIMON WARDEN FRANCES FALK,
D.R.D.C. CASE MANAGER,
LIMON CASE MANAGER PHILLIPS,
LIMON CORRECTIONAL OFFICER CHASE,
LIMON SERGEANT FRANK, and
LIMON LIEUTENANT FOX,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.

    DATED May 27, 2014, at Denver, Colorado.

    BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge