IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

Plaintiff,

v.

LIMON WARDEN FRANCES FALK,
D.R.D.C. CASE MANAGER,
LIMON CASE MANAGER PHILLIPS,
LIMON CORRECTIONAL OFFICER CHASE,
LIMON SERGEANT FRANK, and
LIMON LIEUTENANT FOX,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's unopposed Motion for Leave to Amend (Docket No. 29) is GRANTED.  The Amended Complaint (Docket No. 29-1) is accepted for filing as of the date of this order.

Date: October 29, 2014