IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

    Plaintiff,

v.

FRANCES FALK,
TOM NORRIS
SHERWIN PHILLIPS,
JOSHUA CHASE,
STEPHEN FRANK, and
JAMES FOX,

    Defendants.

## ORDER AFFIRMING FEBRUARY 4, 2015 RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the February 4, 2015 Recommendation by United States Magistrate Judge Michael J. Watanabe that Defendant Joshua Chase be dismissed from this action for lack of service.  (Doc. # 44.)  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 44.)  Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

    "In the absence of timely objection, the district court may review a magistrate

[judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed the Recommendation and all relevant pleadings. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 44) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that the claim against Defendant Chase shall be DISMISSED WITHOUT PREJUDICE and the caption amended accordingly.

DATED: March __4__, 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge