IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

Plaintiff,

v.

FRANCES FALK,
TOM NORRIS,
SHERWIN PHILLIPS,
STEPHEN FRANK, and
JAMES FOX,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order (Docket No. 49) is GRANTED for good cause shown.  It is further ORDERED that the Scheduling Order (Docket No. 27) is AMENDED as follows:

- The deadline to designate rebuttal experts is extended to June 16, 2015;
- The deadline to designate rebuttal experts is extended to July 15, 2015;
- The deadline to serve written discovery is extended to July 10, 2015 (note that this date is different than the date proposed by the parties, which was a Sunday);
- The discovery cut-off is extended to August 14, 2015; and
- The dispositive motions deadline is extended to September 14, 2015.

It is further ORDERED that the Final Pretrial Conference set for July 14, 2015, at 9:00 a.m. is VACATED and RE-SET for October 26, 2015, at 1:30 p.m.

Date: March 23, 2015