**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

     Plaintiff,

v.

FRANCES FALK,
TOM NORRIS
SHERWIN PHILLIPS,
STEPHEN FRANK, and
JAMES FOX,

     Defendants.

---

**ORDER AFFIRMING APRIL 3, 2015 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

     This matter is before the Court on the April 3, 2015 Recommendation by United States Magistrate Judge Michael J. Watanabe that Defendant Tom Norris be dismissed from this action.  (Doc. # 52.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

     The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 52.)  Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

     "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings.").

The Court has reviewed the Recommendation and all relevant pleadings.  Based

on this review, the Court concludes that Magistrate Judge Watanabe's analyses and

recommendations are correct and that "there is no clear error on the face of the record."

Fed. R. Civ. P. 72, advisory committee's note.  Therefore, the Court ADOPTS the

Recommendation of Magistrate Judge Watanabe as the findings and conclusions of

this Court.

Accordingly, it is ORDERED that the Recommendation of the United States

Magistrate Judge (Doc. # 52) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendant Tom Norris's Motion to Dismiss for Failure

to State a Claim is GRANTED.  It is

FURTHER ORDERED that the claim against Defendant Norris shall be

DISMISSED WITHOUT PREJUDICE and the caption amended accordingly.

DATED:  April __21__, 2015

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge