IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

Plaintiff,

v.

FRANCES FALK,
SHERWIN PHILLIPS,
STEPHEN FRANK, and
JAMES FOX,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order
(Docket No. 54) is GRANTED IN PART and DENIED IN PART.  No showing has been
made as to why deadlines that have already passed need to be extended, and at this
comparatively late stage the Court does not believe a new attorney needs 90 days to
get up to speed on the case.  It is therefore ORDERED that the Scheduling Order
(Docket No. 27) is AMENDED as follows:

- The discovery cut-off is extended four weeks to September 11, 2015; and
- The dispositive motions deadline is extended four weeks to October 12, 2015.

        The Final Pretrial Conference remains set for October 26, 2015, at 1:30 p.m.

Date: July 24, 2015