IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

Plaintiff,

v.

FRANCES FALK,
SHERWIN PHILLIPS,
STEPHEN FRANK, and
JAMES FOX,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Joint Motion to Amend the Scheduling Order (Docket No. 63) is GRANTED for good cause shown;

- The Scheduling Order (Docket No. 27) is AMENDED to extend the discovery cut-off to October 2, 2015, and to extend the dispositive motions deadline to November 2, 2015; and

- The Final Pretrial Conference set for October 26, 2015, at 1:30 p.m. is VACATED and RE-SET for December 17, 2015, at 10:00 a.m.

Date: August 24, 2015