IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01459-CMA-MJW

TERRANCE D. WILSON,

Plaintiff,

v.

FRANCES FALK,
SHERWIN PHILLIPS,
STEPHEN FRANK, and
JAMES FOX,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Leave to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) (Docket No. 67) is GRANTED.

Date: September 16, 2015